William M. Audet (SBN 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARIAS, RAMONA J. BRASUELL, LINDA SCHOTT, RHONDA ADAMS, and FRANCIS GRANT<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY; and McKESSON CORPORATION,<br><br>　　　　　　Defendants. | CASE NO: C-06-02782-MMC<br><br>STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS<br><br>Hon. Maxine M. Chesney |

Stip and Ord Arias.wpd

1  Plaintiffs MICHAEL ARIAS, RAMONA J. BRASUELL, LINDA SCHOTT, RHONDA
2  ADAMS, and FRANCIS GRANT (hereinafter collectively referred to as "Plaintiffs"), and
3  Defendants Eli Lilly and Co., and McKesson Corp. (hereinafter collectively referred to as
4  "Defendants"), by and through their counsel, stipulate to and request a stay of all proceedings in
5  this action pending the transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL
6  No. 1596.

7  This stipulation is applicable solely to Plaintiffs' MICHAEL ARIAS, RAMONA J.
8  BRASUELL, LINDA SCHOTT, RHONDA ADAMS, and FRANCIS GRANTS' cases, and
9  shall have no effect on any future proceedings in Plaintiffs' cases, or any other case between
10 Plaintiffs' counsel and Defendants. Based on the forgoing, the parties respectfully request that
11 the Court stay this action pending transfer to MDL No. 1596.

13 DATED: May 12, 2006                    ALEXANDER, HAWES & AUDET, LLP

15                                         By _____
16                                            Joshua C. Ezrin, Esq.
                                              Attorneys for Plaintiffs

17 DATED: May 11, 2006                    REED SMITH, LLP
18

20                                         By _____
                                              James M. Neudecker, Esq.
                                              Attorneys for Defendants

## ORDER

Having considered the forgoing stipulation and good cause appearing therefore, IT IS SO ORDERED that this action is stayed pending transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL No. 1596. Defendants' Motion to Stay and Plaintiffs' Motion to Remand, scheduled to be heard on June 2, 2006, are now off calendar.

In the event the action is not transferred by August 18, 2006, the parties shall file on that date a joint status report, indicating therein whether this Court should schedule a case management conference.

DATED: May 15, 2006

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

Stip and Ord Aries.wpd